```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK S. GROFF                    )
                                 )
          Plaintiff              )
                                 )    Civil Action
     vs.                         )    No. 11-cv-03641
                                 )
CITY OF READING, PENNSYLVANIA    )
and                              )
WILLIAM M. HEIM, Individually,   )
                                 )
          Defendants             )
```

O R D E R

        NOW, this 22nd day of October, 2012, upon consideration of the following documents:

    (1)   Defendants, City of Reading and William M. Heim's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56, filed April 20, 2012 (Document 22); together with

        (A)   Defendants, City of Reading and William M. Heim's Memorandum of Law in Support of Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 (Document 22-2); and

        (B)   Defendants City of Reading and William M. Heim's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 (Document 22-3);

    (2)   Plaintiff Mark Groff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment Pursuant to F.R.C.P.56, which memorandum was filed on May 7, 2012 (Document 24); together with

        (A)   Plaintiff Mark Groff's Counterstatement of Undisputed Material Facts (Document 24-1); and

      (B) Plaintiff's Reply to Defendant's Statement of Undisputed Facts (Document 24-2);

  (3) Defendants City of Reading and William M. Heim's Reply to Plaintiff's Counterstatement of Undisputed Material Facts, which reply was filed on May 18, 2012 (Document 29); and

  (4) Defendants' Reply in Support of Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56, which reply was filed on May 21, 2012 (Document 31);

upon consideration of the pleadings, exhibits, depositions and record papers; and for the reasons articulated in the accompanying Opinion,

  <u>IT IS ORDERED</u> that Defendants, City of Reading and William M. Heim's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 is granted in part, and denied in part.

  <u>IT IS FURTHER ORDERED</u> that the motion for summary judgment of defendant City of Reading, Pennsylvania on the First Count of plaintiff's Complaint is denied.

  <u>IT IS FURTHER ORDERED</u> that the motion for summary judgment of defendant William M. Heim, individually, on the Second Count of plaintiff's Complaint is granted.

  <u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of defendant William M. Heim, individually, and against plaintiff Mark S. Groff on the Second Count of plaintiff's Complaint.

  <u>IT IS FURTHER ORDERED</u> that Second Count is dismissed from plaintiff's Complaint.

IT IS FURTHER ORDERED that defendant William M. Heim is dismissed as a party to this action.[1]

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge

---

[1] It is the sense of this Order that defendant William M. Heim is dismissed as a party to this action because (1) the First Count of this two-count Complaint is a count by plaintiff Mark S. Groff against defendant City of Reading, Pennsylvania only; (2) the Second Count is a count by plaintiff against defendant William M. Heim only; and (3) the Second Count has been dismissed.